NUMBER 13-04-118-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
______________________________________ ___________________
 
ISRAEL PEREZ,                                                                 Appellant,

v.

CNA HOLDINGS, INC. AND CELANESE, LTD.,                      Appellees.
______________________________________ ___________________

On appeal from the 94th District Court
of Nueces County, Texas.
____________________________________________ _____________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, ISRAEL PEREZ, perfected an appeal from a judgment entered by the
94th District Court of Nueces County, Texas, in cause number 04-536-C. After the
record and appellant’s brief were filed, the parties filed a joint motion to dismiss the
appeal. In the motion, the parties state that they have reached a settlement of all
claims and disputes arising from this matter. The parties request that this appeal be
dismissed as moot.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM

Memorandum Opinion delivered and filed this
the 16th day of September, 2004.